COLUMBIA HOTEL COMPANY and Frank Ehrman, Appellants, v. Mary PIPER, Garrett Van Haaften, Individually and as Successor Indenture Trustee, Appellees.

No. 8511.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1940.

Kim Sigler, of Hastings, Mich., for appellants.

Fox, Fox & Fox, Stephen H. Wattles, and Mason, Sharpe & Stratton, all of Kalamazoo, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

Upon joint motion of counsel, it is ordered that this cause, D.C., 29 F.Supp. 848, be remanded to the District Court for the Western District of Michigan for further proceedings therein for the adoption and consummation of a plan, and it is further ordered that this cause be stricken from the docket of this court with leave to reinstate upon motion of either party for good cause shown.